# United States District Court
## Southern District of Georgia

TALAWRENCE T. VICKERS,

Plaintiff,

v.

ANGELYN CURRY; MR. REYNOLDS; and
DERRICK MCKINNEY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-82

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with this Court's order dated February 5, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this court, the Court Dismisses without prejudice Plaintiff's Complaint, denies as moot all other pending motions, and denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

2/8/2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk